Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Ben Handy, Bar No. 226527
bhandy@littler.com
LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone:   503.221.0309
Fax No.:       503.242.2457

Attorneys for Defendant, Workday, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAYLOR ERIC VAUGHN,**<br><br>            Plaintiff,<br><br>   vs.<br><br>**WORKDAY, INC.,**<br><br>            Defendant. | Case No.<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Defendant Workday, Inc., hereby discloses that it is a publicly traded company. It does not have a parent corporation, and no other publicly-held company owns 10% or more of its stock.

Dated:     June 30, 2022

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Megan J. Crowhurst*
Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Ben Handy, Bar No. 226527
bhandy@littler.com

Attorneys for Defendant, Workday, Inc.

Page 1 – CORPORATE DISCLOSURE STATEMENT

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309