Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Ben Handy, Bar No. 226527
bhandy@littler.com
LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone:    503.221.0309
Fax No.:    503.242.2457

Attorneys for Defendant, Workday, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAYLOR ERIC VAUGHN,**<br><br>      Plaintiff,<br><br>vs.<br><br>**WORKDAY, INC.,**<br><br>      Defendant. | Case No. 3:23-cv-00971-AR<br><br>**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for Plaintiff, Taylor Eric Vaughn, and counsel for Defendant, Workday, Inc. ("Workday, Inc."), have made a good faith effort to confer regarding the subject matter of this motion, and Plaintiff does not oppose it.

### MOTION

Pursuant to Local Rule 16-3, Workday, Inc. moves this Court for an extension of the deadline to file its answer or responsive pleading to the Complaint to and including **Friday, August 11, 2023**.

Page 1 - UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

## MEMORANDUM IN SUPPORT

On June 2, 2023, Plaintiff filed his Complaint in the Circuit Court of the State of Oregon for the County of Multnomah ("Multnomah County Circuit Court"). On June 30, 2023, Defendant filed a Notice of Removal to remove this action from the Multnomah County Circuit Court to the United States District Court for the District of Oregon. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), an answer or responsive pleading is due seven days after removal, i.e., July 7, 2023.

In light of the long Fourth of July holiday weekend falling within the time period to prepare and file an answer, and due to scheduled July vacations for several of Workday's witnesses and legal counsel, Workday requires additional time to gather documents and information to prepare its answer, affirmative defenses, or other responsive pleadings. Counsel for Workday, Inc. has communicated with counsel for Plaintiff, who does not oppose this request for additional time to allow Workday, Inc. to adequately evaluate the claims and allegations before preparing a response. This is Workday, Inc.'s first motion to extend the deadline to file a responsive pleading. It is not made for the purposes of delay and will not impact any other deadlines previously set in this case.

## CONCLUSION

WHEREFORE, Defendant Workday, Inc. respectfully requests that this Court grant its Unopposed Motion to Extend the Deadline to File an Answer or Responsive Pleading to Plaintiff's Complaint and enter an order extending the time to plead to **Friday, August 11, 2023**.

Dated:    July 5, 2023

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Megan J. Crowhurst*
Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Ben Handy, OSB No. 226527
bhandy@littler.com

Attorneys for Defendant, Workday, Inc.

Page 2 - UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309