Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Ben Handy, Bar No. 226527
bhandy@littler.com
LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone:    503.221.0309
Fax No.:        503.242.2457

Attorneys for Defendant, Workday, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAYLOR ERIC VAUGHN,**<br><br>    Plaintiff,<br><br>vs.<br><br>**WORKDAY, INC.,**<br><br>    Defendant. | Case No. 3:23-cv-00971-AR<br><br>**REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY** |

The following filing fee refund request is made pursuant to the procedures set forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee payments. The reason for and amount of the refund request are as follows: An initial payment of $402 was submitted as payment for filing a Notice of Removal. While e-filing, the "back" button was used which resulted in a second pay.gov screen to open and, therefore, a second payment was made.

Refund requestor's name, address, and telephone number is as follows:

Page 1 - REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

John Griffin
Office Administrator | Office Administration and Operations
Littler Mendelson PC
1300 SW 5th Avenue, Suite 2050
Portland, OR 97201

Attached hereto is supporting documentation including a copy of the electronic payment receipt and a copy of the Notice of Electronic Filing (NEF) from the system transaction in CM/ECF during which the payment was made.

Dated:   July 6, 2023

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Megan J. Crowhurst*
Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Ben Handy, OSB No. 226527
bhandy@littler.com

Attorneys for Defendant, Workday, Inc.

Page 2 - REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-00971-AR Vaughn v. Workday, Inc. Refund Request Due |
| **Date:** | Monday, July 3, 2023 11:33:14 AM |

**[EXTERNAL E-MAIL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 7/3/2023 at 11:32 AM PDT and filed on 7/3/2023
**Case Name:**        Vaughn v. Workday, Inc.
**Case Number:**      3:23-cv-00971-AR
**Filer:**            Workday, Inc.
**Document Number:** 4(No document attached)

**Docket Text:**
A duplicate payment in the amount of $402.00 was submitted by Workday, Inc. in the above-referenced case. For information on refund procedures, visit Requesting a Refund of Electronically Paid Fees on the Court's website. Refund Request is Due 7/13/2023. (nd)


**3:23-cv-00971-AR Notice has been electronically mailed to:**

Shawn M. O'Neil     smo@shawnoneil.com

Megan J. Crowhurst     mcrowhurst@littler.com, ihaas@littler.com, kahelm@littler.com, tzharyuk@littler.com

George Ben Handy     bhandy@littler.com

**3:23-cv-00971-AR Notice will not be electronically mailed to:**

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-00971-AR Vaughn v. Workday, Inc. Notice of Removal |
| **Date:** | Friday, June 30, 2023 3:12:44 PM |

**[EXTERNAL E-MAIL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Oregon

## Notice of Electronic Filing

The following transaction was entered by Crowhurst, Megan on 6/30/2023 at 3:11 PM PDT and filed on 6/30/2023

**Case Name:**     Vaughn v. Workday, Inc.
**Case Number:**   3:23-cv-00971-AR
**Filer:**         Workday, Inc.
**Document Number:** 1
**Judge(s) Assigned:** Jeff Armistead (presiding)

**Docket Text:**
Notice of Removal of Case Number 23CV22298 from Multnomah Circuit Court. Filing Fee in amount of $402 collected. Agency Tracking ID: AORDC-8999497 issued. Filer is subject to the requirements of Fed. R. Civ. P. 7.1.. Filed by Workday, Inc. (Attachments: # (1) Declaration, # (2) Civil Cover Sheet). (Crowhurst, Megan)


**3:23-cv-00971-AR Notice has been electronically mailed to:**

George Ben Handy     bhandy@littler.com

Megan J. Crowhurst     mcrowhurst@littler.com, ihaas@littler.com, kahelm@littler.com, tzharyuk@littler.com

**3:23-cv-00971-AR Notice will <u>not</u> be electronically mailed to:**

Taylor Eric Vaughn

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=6/30/2023] [FileNumber=8252293-0] [
14462afdbb0e3f4adb62f28bd0d76db03344d1b4de97a236bd53d724053eb0d475c5e8
e45ac770b93ce48bf46c2e4c9147d536b0b1bd1673c605837853e66e42]]
**Document description:** Declaration
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=6/30/2023] [FileNumber=8252293-1] [
b121105a722b1defe48fdd59923511719 59d020b2e2e45c2ecab74d6586ca3dd6bcd37
42d2774540c93facc601ba9b8e8632574daf95e136cfb591bb1a4b1715]]
**Document description:**Civil Cover Sheet
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=6/30/2023] [FileNumber=8252293-2] [
6e07a71e960379aab640647e8d4431be811c5ca91ed47280c4eae8803784f74bceca7b
8f0ebd918cff86381dc5fb51267bc6e10e18e58103ca35b58d54827375]]

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Haas, Isabel |
| **Subject:** | Pay.gov Payment Confirmation: OREGON DISTRICT COURT |
| **Date:** | Friday, June 30, 2023 3:09:28 PM |

[EXTERNAL E-MAIL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

  Account Number: 6199287
  Court: OREGON DISTRICT COURT
  Amount: $402.00
  Tracking Id: AORDC-8999497
  Approval Code: 029232
  Card Number: ************7809
  Date/Time: 06/30/2023 06:09:16 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Haas, Isabel |
| **Subject:** | Pay.gov Payment Confirmation: OREGON DISTRICT COURT |
| **Date:** | Friday, June 30, 2023 2:44:33 PM |

[EXTERNAL E-MAIL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

  Account Number: 6199287
  Court: OREGON DISTRICT COURT
  Amount: $402.00
  Tracking Id: AORDC-8999377
  Approval Code: 084706
  Card Number: ************7809
  Date/Time: 06/30/2023 05:44:20 ET

NOTE: This is an automated message. Please do not reply