Scott Oborne, OSB #062333
scott.oborne@jacksonlewis.com
Leslie Boro, OSB #173662
leslie.boro@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TAYLOR ERIC VAUGHN,<br><br>    Plaintiff,<br><br>    vs.<br><br>WORKDAY, INC.,<br><br>    Defendant. | Case No.: 3:23-CV-00971-AR<br><br>**JOINT MOTION FOR GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

///

///

///

Pursuant to FRCP 41(a)(1)(ii), Plaintiff Taylor Eric Vaughn and Defendant Workday, Inc. hereby give notice to the court that this matter has settled and move this court to issue a Final Judgment of Dismissal with Prejudice and without attorney fees and costs to either party.

| O'NEIL LAW LLC | JACKSON LEWIS P.C. |
|---|---|
| By:  *s/ Shawn M. O'Neil*  <br>Shawn M. O'Neil, OSB #913880<br>smo@shawnoniel.com<br>Attorney for Plaintiff<br><br>Dated: January 30, 2024 | By:  *s/ Scott Oborne*  <br>Scott Oborne, OSB #062333<br>scott.oborne@jacksonlewis.com<br>Leslie Boro, OSB #173662<br>leslie.boro@jacksonlewis.com<br>Attorneys for Defendant<br><br>Dated:  January 30, 2024 |

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **JOINT MOTION FOR GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** via:

- ☐ Electronic Mail
- ☐ US Postal Service
- ■ CM/ECF
- ☐ Facsimile Service
- ☐ Hand Delivery
- ☐ UPS

as follows on the date stated below:

Shawn M. O'Neil, OSB #913880
O'Neil Law LLC
8755 SW Citizens Drive, Ste. 202
Wilsonville, OR 97070
smo@shawnoneil.com

*Attorney for Plaintiff*

DATED this 30th day of January, 2024.

By: _____*s/ Delores Petrich*_____
Delores Petrich

4861-2397-9169, v. 1