UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| Taylor Eric Vaughn, | Case No. 3:23-cv-00971-AR |
| Plaintiff, | JUDGMENT |
| v. | |
| Workday, Inc., | |
| Defendant. | |

_____

Based on the this court's Order granting parties' Joint Motion for General Judgment of Dismissal With Prejudice, this action is DISMISSED WITH PREJDUICE and without attorney fees and costs to either party..

IT IS SO ORDERED this 31st day of January, 2024.

_____
JEFF ARMISTEAD
United States Magistrate Judge

Page 1 – JUDGMENT